UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

JUSTIN BOLANOS,

                         Plaintiff,

                                                21-CV-366 (JPC)
      -v-

                                                ORDER

TANIEKA MISA HOOTEN,

                        Defendant.

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiff filed his Complaint on January 14, 2021. (Dkt. 1.) Plaintiff alleges that this Court has jurisdiction over this suit under 28 U.S.C. § 1332. Section 1332 provides that district courts have jurisdiction over civil actions if the "amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs," and the parties meet certain diversity of citizenship requirements. Although Plaintiff alleges in the Complaint that the parties meet the diversity of citizenship requirement, he does not allege that the amount in controversy exceeds $75,000. Nor is it apparent from the face of the Complaint how this action could meet that threshold requirement.

       Accordingly, it is hereby ORDERED that Plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction by February 1, 2021.

       SO ORDERED.

Dated: January 27, 2021
       New York, New York
                                                    JOHN P. CRONAN
                                                 United States District Judge